**EXHIBIT A**

MORRISON MAHONEY LLP• COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103-1810
860-616-4441• JURIS NO. 404459

1500108v.1

# CLAIM FOR JURY

JD-CL-53 Rev. 6-12  
C.G.S. §§ 52-215, 52-258  
Pr. Bk. §§ 14-4, 14-8, 14-10

**STATE OF CONNECTICUT**  
**SUPERIOR COURT**  
www.jud.ct.gov




**Instructions**
1. This claim must be accompanied by the appropriate jury fee (Section 52-258 of the Connecticut General Statutes).
2. When pleadings are closed, a Certificate of Closed Pleadings (JD-CV-11) must also be filed.

Return date: **Oct-08-2019**  
Docket number: **AAN-CV-19-6035323-S**

## To: The Superior Court

Name of case *(Full name of Plaintiff v. Full name of Defendant)*  
**WOOLCOCK, ROBERT v. GETER, CEDRIC Et Al**

[X] Judicial District  
[ ] Housing Session  
[ ] Geographical Area number ____

Address of court *(Number, street, town and zip code)*  
**14 WEST RIVER STREET PO BOX 210 MILFORD, CT 06460**

**This case is claimed for the inventory of jury cases.**  
*(A certificate of closed pleadings must be filed before the case named above can be placed on the inventory of jury cases.)*

Claim filed by *("X" one)*  
[ ] Plaintiff's Attorney  [ ] Plaintiff  [X] Defendant's Attorney  [ ] Defendant

Name of Law Firm, Attorney, or Self-Represented Party  
**MORRISON MAHONEY LLP**

Mailing address *(Number, street, town, state and zip code)*  
**ONE CONSTITUTION PLAZA 10TH FLOOR HARTFORD, CT 06103**

Telephone number: **860-616-4441**

## Certification

I certify that this claim is filed in accordance with section 52-215 of the Connecticut General Statutes and that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Dec-11-2019** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

**TRANTOLO AND TRANTOLO LLC - 944 FAIRFIELD AVENUE/BRIDGEPORT, CT 06605**

*For Court Use Only*

Signed *(Signature of filer)*: ▶ **424750**  
Print or type name of person signing: **ERIC BRENDON CAINES**  
Date signed: **Dec-11-2019**

Mailing address *(Number, street, town, state and zip code)*  
**ONE CONSTITUTION PLAZA 10TH FLOOR HARTFORD, CT 06103**

Telephone number: **860-616-4441**

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.